pg 2

| Date | Pleading Number | |
|---|---|---|
| 2/24/76 | 1 | MOTION-- BRIEF -- EXHIBITS -- CERT OF SERVICE. |
| | | DEFENDANTS -- SAFEWAY STORES, INC., THE KROGER CO., THE GREAT ATLANTIC AND PACIFIC TEA CO., INC., AMERICAN STORES CO., FOOD FAIR STORES, INC., THE GRAND UNION COMPANY, LUCKY STORES, INC., NATIONAL ASSOCIATION OF FOOD CHAINS, THE NATIONAL PROVISIONER, INC., THE SUPERMARKETS GENERAL CORP., WINN-DIXIE STORES, INC., |
| | | SUGGESTED TRANSFEREE FORUM -- N.D. TEXAS |
| | | SUGGESTED TRANSFEREE JUDGE -- CHIEF JUDGE TAYLOR |
| 3/3/76 | | REQUEST FOR EXTENSION TO FILE -- PLAINTIFF LOWE, ET AL., GRANTED TO ALL TO MARCH 24, 1976 |
| 3/9/76 | | APPEARANCES: BURKE PETERSEN, ET AL, Lowell V. Summerhays, Esq. |
| | | PONY CREEK CATTLE CO., INC. -- Ben L. Krage, Esquire |
| | | MUSSELMAN RANCH CO. -- Rober J. Allen, Esq. |
| | | RICHARD S. LOWE, ET AL. -- Alan Raywid, Esquire |
| | | MEAT PRICE INVESTIGATORS ASSN -- Cochrane & Bresnahan |
| | | R. DIRK AGEE -- Jerrold N. Offstein |
| | | AL L. Black -- James W. Witherspoon, Esq. |
| | | SAFEWAY STORES, INC. -- John B. Bates, Esquire |
| | | THE KROGER CO. -- Alexander E. Bennett, Esquire |
| | | THE GREAT ATLANTIC & PACIFIC TEA CO., -- Denis McInerney |
| | | ACME MARKETS, INC., AMERICAN STORES, -- Benjamin Quigg, Jr. |
| | | FOOD FAIR STORES, INC., David Rosen |
| | | The GRAND UNION CO. -- Stephen M. Axinn, Esquire |
| | | LUCKY STORES, INC. -- Arnold M. Lerman, Esquire |
| | | NATIONAL ASSN. OF FOOD CHAINS -- James F. Rill |
| | | THE NATIONAL PROVISIONER, INC. -- Fred H. Bartlit, Jr. |
| | | SUPERMARKETS GENERAL CORP. -- Geoffrey M. Kalmus |
| | | WINN-DIXIE STORES, INC. -- Chester Bedell, Esq. |
| | | FIRST NATIONAL STORES, INC. -- Charles Il Thomson |
| | | ALBERTSON'S INC. -- Jess B. Hawley, Jr. |
| | | SUPER VLAU STORES, INC. -- Michael E. Bress |
| | | BORMAN'S INC. -- Sylvan Rapapport, Esq. |
| | | SKAGGS COMPANIES, INC. -- Donald B. Holbrook |
| | | THRIFTMART, INC. -- Timothy J. Sargent |
| | | NATIONAL TEA CO. -- William T. Clabault |
| | | ARDEN-MAYFAIR, INC. -- Alf R. Brandin |
| | | CIRCLE K Corp. -- William D. Baker |
| | | ALLIED SUPERMARKETS, INC. -- Gerald S. Cook |
| | | COLONIAL STORES, INC. -- Kilpatrick, Cody, Rogers, McClatchey & Regenstein |
| 3/15/76 | | APPEARANCES: JEWELL COMPANIES, INC. -- Gheofore A. Groenke, Esquire |
| 3/16/76 | 2 | RESPONSE - JEWELL COMPANIES, INC. w/cert. of service |
| 3/24/76 | | REQUEST FOR EXTENSION -- SKAGGS CO. -- GRANTED to March 31, 1976 |
| 3/24/76 | | OPPOSITION TO REQUEST FOR EXTENSION -- Plaintiff Lowe w/cert. of service |
| 3/24/76 | 3 | RESPONSE -- PLAINTIFF LOWE, ET AL. w/cert. of service |
| 3/25/76 | 4 | RESPONSE -- MEAT PRICE INVESTIGATORS ASSN w/cert. of service |
| 3/25/76 | 5 | RESPONSE -- PONY CREEK CATTLE CO. w/cert. of service |
| 3/25/76 | | REQUEST FOR EXTENSION -- ALBERTSON's -- GRANTED TO ALBERTSON ONLY to and including March 31, 1976 |
| 3/26/76 | 6 | RESPONSE -- PETERSEN, ET AL., AGEE, AND BLACK ET AL. |
| 3/26/76 | 7 | BRIEF -- MPIA., w/Affidavit |
| 3/26/76 | | REQUEST FOR EXTENSION -- CIRCLE K CORP. -- GRANTED TO MARCH 31, 1976 |
| 3/26/76 | | REQUEST FOR EXTENSION -- TO FILE REPLY -- MOVANTS -- GRANTED TO APRIL 7. |
| 3/30/76 | 8 | RESPONSE -- MOTION, BRIEF -- SKAGGS COMPANIES, INC. to add B-1 w/cert. of service |

| Date | Pleading Number | |
|---|---|---|
| 3/30/76 | 9 | RESPONSE -- ALBERTSON'S INC -- w/cert of service |
| 3/31/76 | | HEARING ORDER -- Setting A-1 through B-1 for hearing, April 23, 1976 Washington, D. C. |
| 4/1/76 | 10 | RESPONSE -- CIRCLE K. CORPORATION w/cert. of service |
| 4/1/76 | 11 | SUPPLEMENTARY RESPONSE -- Petersen, et al. Agee, et al., Black et al |
| 4/2/76 | 12 | RESPONSE IN OPPOSITION -- ALBERTSON'S INC. |
| 4/5/76 | | APPEARANCE -- Samuel Hoar, Esq. -- Stop & Shop. Co., Inc. |
| 4/5/76 | 13 | RESPONSE -- SUPER VALUE STORES w.cert. of service |
| 4/6/76 | 14 | RESPONSE FIRST NATIONAL STORES, INC. w.cert of service |
| 4/7/76 | 15 | RESPONSE -- SKAGGS COMPANIES w/cert. of service |
| 4/7/76 | 16 | SUPPLEMENT TO MOTION -- MOVANTS to add B-1 and B-2 |
| 4/7/76 | 17 | REPLY BREIF -- MOVANTS |
| 4/7/76 | 18 | SUPPLEMENTAL REPLY -- MOVANTS |
| 4/20/76 | | WAIVERS OF ORAL ARGUMENT -- 4/23/76 HEARING -- MUSSELMAN RANCH CO., RICHARD LOWE, THE CIRCLE K. CORP., |
| 4/23/76 | 19 | EXHIBITS -- SUPPORTING, FOR ORAL ARGUMENT -- MEAT PRICE INVESTIGATORS ASSOCIATION. |
| 8/18/76 | 20 | NOTIFICATION OF PENDING ACTION -- Ronald Becker, et al. , etc. v. Safeway Stores, Inc., et al., S.D. Iowa, 76-251-1 (B-3) |
| 9/2/76 | | CONSENT OF TRANSFEREE COURT -- FOR JUDGE WILLIAM TAYLOR, JR. to handle litigation in the N.D. Texas under 28 U.S.C. §1407 |
| 9/2/76 | | OPINION AND ORDER -- transferring A-1, A-2, A-3, A-4, A-5, A-6, B-1 and B-2 to the N.D. Texas for assignment to Judge William M. Taylor, Jr. under 28 U.S.C. §1407 |
| 9/20/76 | | B-3 RONALD BECKER, ET AL. V. SAFEWAY STORES, INC., ET AL., S.D.IOWA,-76-251-1 -- CTO filed today. Notified counsel, involved judges |
| 9/20/76 | | B-4 MEAT PRICE INVESTIGATORS ASSN. V. IOWA BEEF PROCESSORS, INC., ET AL. S.D.IOWA, 76-252-2 -- SHOW CAUSE ORDER FILED. Notified counsel involved judges. |
| 9/29/76 | | APPEARANCES -- FLAVORLAND INDUSTRIES, INC. -- Jeffrey J. Scott, Esq. MBPXL CORP. -- John C. Dods, Esquire IOWA BEEF PROCESSORS, INC., -- Edward W. Roth, Esq. SPENCER FOODS, INC. -- Gordon S. G. Busdicker, Esq. |
| 10/4/76 | 21 | RESPONSE -- A. L. BLACK, ET AL. w/cert/ of service |
| 10/5/76 | | HEARING ORDER -- Setting B-4 MPIA v. Iowa Beef Processors, S.D.Iowa 76-252-2 for hearing 10/29/76 Wash., D.C. |
| 10/5/76 | 22 | RESPONSE -- DEFENDANTS IN THE TRANSFERRED LITIGATION w/cert. of service |
| 10/5/76 | 23 | RESPONSE -- SPENCER FOODS, INC., IOWA BEEF PROCESSORS, INC. AND MBPXL CORP. w/cert. of service |
| 10/5/76 | 24 | RESPONSE -- FLAVORLAND INDUSTRIES, INC. w/cert. of service |
| 10/6/76 | 25 | RESPONSE -- MPIA w/cert. of service |
| 10/7/76 | | B-3 RONALD BECKER, ET AL. V. SAFEWAY STORES, INC., ET AL., S.D.IOWA C.A. NO. 76-251-1 -- CTO final today. Notified Clerk involved judge |
| 10/12/76 | 26 | Response - The National Provisioner, Inc. W/cert of service |
| 10/12/76 | 27 | Joint reply - Albertson's, Inc., et al. w/cert. of service |
| 10/12/76 | 28 | Ltr./request to postpone hearing by plaintiffs' spokesman w/service |
| 10/15/76 | | ORDER -- CONTINUING HEARING SCHEDULE FOR B-4 MEAT PRICE INVEST. ASSN V. IOWA BEEF, S.D. Iowa, 76-252-2 Notified counsel, involved judges |
| 10/15/76 | | LETTER -- COUNSEL FOR RICHARD LOWE -- REquest for Continuation of Hearing |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 4 

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 10/19/76 | | B-5 Varian v. Safeway, et al., C. D. Calif., CV76-3073-LTL Conditional transfer order filed today notify counsel-involved judges. |
| 11/4/76 | | B-5 Varian v. Safeway, et al., C.D. Calif. CV76-3073-LTL Conditional transfer order final today. notified transferee clerk, Judge, involved clerk and judge. |
| 11/4/76 | | HEARING ORDER -- Setting B-4 MPIA v. Iowa Beef, S.D.Iowa, 76-252-2 For Hearing, Dec. 3, 1976 San Diego, California |
| 11/30/76 | | WAIVER OF ORAL ARGUMENT FOR DEC. 3, 1976 HEARING -- Plaintiffs Lowe, et al., Pony Creek Cattle Co., et al., defts. Skaggs Co. and Albertsons |
| 2/24/77 | | B-6 Meat Price Investigators Assn.,et al. v. Safeway Stores, Inc.,et al. D.D.C., C.A. No. 77-0211 |
| | | B-7 Becker, et al. v. Safeway Stores, Inc., et al.,D.D.C., CA No.77-0210 |
| | | B-8 Little Ranch Co., Inc., et al. v. Nat'l Assn., of Food Chains, et al. N.D. Cal., C.A. No. C77-0124-WHO CONDITIONAL TRANSFER ORDER FILED TODAY. NOTIFIED INVOLVED COUNSEL AND INVOLVED JUDGES. |
| 3/14/77 | | B-6 Meat Price Investigators Assn., et al. v. Safeway Stores, Inc., etal D.D.C., Civil Action No. 77-0211 |
| | | B-7 Becker, et al. v. Safeway Stores, Inc., et al., D.D.C., Civil Action No. 77-0210 |
| | | B-8 Little Ranch Co., Inc., et al. v. Nat'l Assn., of Food Chains, et al Civil Action No. C77-0124-WHO, N.D. Cal. CONDITIONAL TRANSFER ORDERS FINAL TODAY. NOTIFIED INVOLVED CLERKS AND JUDGES. |
| 6/7/77 | | B-4  MPIA v. Iowa Beef Producers, et al., S.D. Iowa, 76-252-2 OPINION AND ORDER transferring action to the N.D. Texas under 28 U.S.C. §1407 |
| 6/30/77 | | B-9 Cameron, et al. v. Iowa Beef Processors, S.D.Iowa, C.A. No. 77-192-2 B-10 Wagon Rod Ranch, et al. v. Safeway, D. Utah, C.A. No. C77-0188 CTOs filed today. Notified counsel, involved judges & transferee judges |
| 7/12/77 | | APPEARANCE -- H. Kenneth Kudon, Esq. for Gian Food Kenneth L. Starr, Esq. for Dillon Co., Inc. |
| 7/15/77 | | APPEARANCE -- H. Robert Halper, Esquire -- RED OWL STORES, INC. |
| 7/18/77 | | APPEARANCE Michael T. Sullivan, Esquire -- for Waldbaum Supermarkets, Inc. |
| 7/18/77 | | B-10 Wagon Rod Ranch, et al. v. Safeway Stores, Inc., D. Utah, Civil Action No. C-77-0188 -- NOTICE OF OPPOSITION -- Defendant Red Owl. |
| 7/18/77 | | B-9 Darrell Cameron, et al. v. Iowa Beef Processors, S.D. Iowa, C.A. No. 77-192-2 -- CTO Final Today -- NOTIFIED INVOLVED JUDGES & CLERKS. |
| 7/20 | | B-11 Don Ludvigson, et al. v. Iowa Beef Processors, Inc., et al., S.D. Iowa, C.A. No. 77-200-2 -- CTO FILED TODAY -- Notified involved counsel & judges. |
| 7/22/77 | | APPEARANCE -- JAMES HAMILTON, ESQ. for Publix Supermarkets, Inc. |
| 8/1/77 | | NOTICE OF OPPOSITION (B-10) Wagon Rod Ranch, et al. v. Safeway Stores Inc., et al., D. Utah, C77-0188  Defendant --Giant Food |

JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p. _____

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 8/2/77 | | WITHDRAWAL OF NOTICE OF OPPOSTION -- RED OWL -- w/copy of Dismissal B-10 Wagon Rod Ranch, et al. v. Safeway Stores, Inc., et al., D. Utah, C.A. No. C77-0188 |
| 8/3/77 | 29 | B-10 Wagon Rod Ranch, et al. v. Safeway Store, Inc., etal., D. Utah, C77-0188 MOTION-BRIEF TO VACATE CTO -- w/cert. of service -- GIANT FOODS |
| 8/3/77 | 30 | B-10 Wagon Rod Ranch, et al. v. Safeway, D. Utah, C77-0188 MOTION, BRIEF TO VACATE CTO w/cert of service -- PUBLIX SUPERMKTS. |
| 8/5/77 | | B-11 LUDVIGSON, ET AL. V. IOWA BEEF PROCESSORS, S.D.IOWA, 77-200-2 CTO final today. Notified involved judges, clerks |
| 8/16/77 | | REQUEST FOR EXTENSION -- Fisher Foods, Inc. -- GRANTED TO. AUGUST 22, 1977 |
| 8/22/77 | 31 | RESPONSE, MEMORANDUM IN SUPPORT, MOTION OF DEFENDANT, & MEMORANDUM OF DEFENDANT TO VACATE CTO -- Fisher Foods, Inc. w/cert. of service |
| 8/26/77 | | HEARING ORDER -- Setting B-10 Wagon Rod Ranch, et al. v. Safeway Stores, et al., D. Utah, C.A.No.C77-0188 for hearing, September 30, 1977 Boston, Massachusetts. |
| 9/20/77 | | LETTER -- dated Sept. 14, 1977 -- Wagon Rod Ranch, et al. |
| 9/22/77 | | B-12 McAdoo, et al. v. Safeway Stores, Inc., et al.,W.TEX., C.A.# EP-77-CA153 CTO FILED TODAY. NOTIFIED INVOLVED COUNSEL AND JUDGES. |
| 9/26/77 | | WAIVER OF ORAL ARGUMENT FOR SEPT. 30, 1977 HEARING -- Publix Supermarkets |
| 10/5/77 | 32 | RESPONSE -- Defendant Publix Super Markets, Inc. w/cert. of svc. |
| 10/5/77 | | NOTICE OF OPPOSITION (B-12) Mrs. J.V. McAdoo v. Safeway Stores, Inc., W.D. Texas, C.A. #EP-77-CA153  Defendant -- Publix Super Markets |
| 10/6/77 | | NOTICE OF OPPOSITION (B-12) Mrs. J.V. McAdoo v. Safeway Stores,Inc., W.D. Texas, C.A. #EP-77-CA153  Defendant Fisher Foods, Inc. |
| 10/20/77 | | REQUEST FOR EXTENSION TO FILE MOTION AND BRIEF TO VACATE CTO Fisher Foods and Publix -- GRANTED TO OCT. 28, 1977 |
| 10/28/77 | 33 | MOTION TO STAY CTO (B-12 McAdoo, et al. v. Safeway Stores,Inc., et al. C.A.# EP-77-CA133), MEMORANDUM IN SUPPORT OF MOTION -- Fisher Foods, Inc. and Publix Super Markets, Inc. w/cert. of svc. |
| 11/4/77 | | HEARING ORDER -- Setting -- B-12 McAdoo, et al. v. Safeway Stores, Inc. et al. EP-77-CA153 W.D. Texas, EP-77-CA-153 for hearing Dec. 7, 1977, San Diego, Calif. |
| 12/2/77 | 34 | JOINT MOTION TO TRANSFER (John T. Bean, et al. v. Safeway Stores, Inc., et al.), BRIEF -- on behalf of 22 defendants with cert. of service. (ea) and opposition to vacate McAdoo & Wagon Rod. |
| 12/19/77 | 35 | RESPONSE -- Defendants Fisher and Publix, w/Cert. of Service  (cds) |
| 12/29/77 | | HEARING ORDER -- Setting C-1 John T. Bean et al. v. Safeway Stores, Inc., et al., W.D. Texas, C.A. No. EP-77-CA213 for hearing Jan. 27, 1978 Miami, Florida |
| 1/4/78 | | ORDER -- TRANSFERRING CERTAIN CLAIMS AND DEFERRING RULING ON REMAINING CLAIMS -- Notified involved counsel, judges & clerks (cds) |

JPML FORM 1A - Continuation　　　　　　　　　　DOCKET ENTRIES -- p. _____

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION

| Date | No. Code | |
|---|---|---|
| 1/4/78 | | ORDER -- transferring B-12 and B-10 to the N.D. TEXAS under 28 U.S.C. 1407 and remanded claims against Fisher Foods, Publix and Super Giant |
| 1/18/78 | | WAIVER OF ORAL ARGUMENT FOR 1/27/78 HEARING -- 22 Moving Defendants by Richard W. Odgers, Esq. PUBLIX SUPERMARKETS by James Hamilton, Esq. and FISHER FOODS, INC. by John F. McClatchey, Esq. |
| 3/1/78 | | TRANSFER ORDER -- transferring C-1 Bean, et al. v. Safeway Stores, Inc., et al., W.D. Texas, C.A.No. EP-77-CA-213 to the N.D. Texas for coordinated or consolidated pretrial proceedings pursuant to Section 1407.  (ea) |
| 3/1/78 | | ORDER DENYING TRANSFER OF CERTAIN CLAIMS AS MOOT -- B-12 McAdoo, et al. v. Safeway Stores, Inc., et al., W.D.Texas, C.A.No. EP-77-CA-153. (ea) |
| 5/22/78 | | Order Granting the Motions to Dismiss -- Signed by Judge Aldon J. Anderson (cds) |
| 5/22/78 | | ORDER DENYING TRANSFER OF CERTAIN CLAIMS AS MOOT -- Notified involved judges, clerks and counsel (cds) |
| 8/21/78 | | APPEARANCE -- John D. Leech, Esq. for First National Stores |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 248 -- In re Beef Industry Antitrust Litigation

| Date | Pleading Description |
|---|---|
| 82/02/25 | ORDER REASSIGNING LITIGATION -- reassigning litigation from Hon. William M. Taylor, Jr. to Hon. Patrick E. Higginbotham, N.D. Texas for the remainder of the coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. (eaf) |
| 84/09/13 | ORDER (N.D. Texas) for assignment of litigation to Judge George P. Kazen signed by Judge Higginbotham (emh) |
| 84/09/13 | ORDER REASSIGNING LITIGATION -- reassigning litigation from Honorable Patrick E. Higginbotham to Honorable George P. Kazen (in S.D. Texas) -- NOTIFIED clerk, judges and all counsel (emh) |

JPML FORM 1A

DOCKET ENTRIES

September 2, 1976 O&O 419 F. Supp. 720
June 7, 1977, O&O 432 F. Supp. 211
DOCKET NO. 248 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

pg 1.
Closed 4/19/89

## Description of Litigation

### MDL DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION

#### Summary of Panel Action

Date(s) of Hearing(s): 4/23/76   10/29/76
Date(s) of Opinion(s) or Order(s): 9/2/76   6/7/77
Consolidation Ordered: xx
Consolidation Denied: ___

HONORABLE George P. Kazen (S.D.Tex.)
Name of Transferee Judge: ~~William M. Taylor, Jr.~~ Patrick E. Higginbotham
Transferee District: NORTHERN DISTRICT OF TEXAS

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Burke Petersen, et al. v. Safeway Stores, Inc., et al. | N.D.Cal Peckham | C75-0984-RFP | 9/2/76 | CA-3-76-1254-G | 7/31/82 | Reopened 10/80 |
| A-2 | Pony Creek Cattle Co., Inc., et al. v. The Great Atlantic & Pacific Tea Co., et al. | N.D.Tex Taylor | CA3-75-0702-G | | | 7/31/82 | Reopened 10/80 |
| A-3 | Richard S. Lowe, et al. v. Safeway Stores, Inc., et al. | N.D.Iowa McManus | C75-4043 | 9/2/76 | CA-3-76-1244-G | 7/31/82 | Reopened 10/80 |
| A-4 | Meat Price Investigators Association et al. v. Safeway Stores, Inc., et al. | S.D.Iowa Hanson | 75-333-2 | 9/2/76 | CA-3-76-1238-G | 7/31/82 | 7/31/82 |
| A-5 | Shone Trebe of Duckwater ~~R. Dirk Agee, et al.~~ v. Safeway Stores, Inc., et al. | D. Nev Thompson | R-75-224-BRT | 9/2/76 | CA-3-76-1237-G | 7/31/82 | Reopened 10/80 |
| A-6 | A. L. Black, et al. v. Acme Markets, Inc., et al. | N.D.Tex Woodward | CA2-75-186 | | CA3-76-1248-G | 7/31/82 | Reopened 10/80 |
| B-1 | Chaparral Cattle Corp., etc. v. Safeway Stores, Inc., et al. | D. Utah | C76-79 | 9/2/76 | CA-3-76-1253-G | 7/31/82 | Reopened 10/80 |
| B-2 | James F. Boccado, et al. v. Safeway Stores, Inc., et al. | N.D.Cal Carter | C76-0600-OJC | 9/2/76 | CA-3-76-1255-G | 10/9/79 | |

DOCKET NO. 248 (CONTINUED)  PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-3 | Ronald Becker, et al, etc. v. Safeway Stores, Inc., et al. 9/20/76 | S.D. Iowa Stuart | 76-251-1 | 10/7/76 | CA 76-1361-G | 7/31/82 | |
| B-4 | Meat Price Investigators Assn. et al. v. Iowa Beef Processors | S.D. Iowa Hanson | 76-252-2 | 6/7/77 | CA3-77-0780-G | 4/19/89 D | OSC 9/20/76 |
| B-5 | John O. Varian, et al. v. Safeway Stores, Inc., et al. 10/19/76 | C.D.Cal | CV76-3073-LTK | 11/4/76 | CA 76-1470-G | 7/31/82 D | 10/80 |
| B-6 | Meat Price Investigators Assn., et al. v. Safeway Stores, Inc., et al. 2/24/77 | D.D.C. Parker | 77-0211 | 3/14/77 | CA3-77-0260-G | 7/31/82 | 10/80 |
| B-7 | Ronald Becker, et al. v. Safeway Stores, Inc., et al. 2/24/77 | D.D.C. Parker | 77-0210 | 3/14/77 | CA3-77-0261-G | 7/31/82 | 10/80 |
| B-8 | Little Ranch Co., Inc., et al. v. National Association of Food Chains, et al. 2/24/77 | N.D.Cal Orrick | C77-0124-WHO | 3/14/77 | CA3-77-262-G | 6-30-86 | |
| B-9 | Darrell Cameron, et al. v. Iowa Beef Processors, Inc., et al. 6/30/77 | S.D. Iowa Hanson | 77-192-2 | 7/18/77 | CA-3-77-990-G | 4/19/89 | |
| B-10 | Wagon Rod Ranch, et al. v. Safeway Stores, Inc., et al. 6/30/77 | D. Utah Anderson | C-77-0188 | 1/4/78 | CA-3-78-50-G | 7/31/82 D | |
| B-11 | Don Ludvigson, et al. v. Iowa Beef Processors, Inc., et al. 7/20/77 | S.D. Iowa | 77-200-2 | 8/5/77 | CA3-77-1080-G | 4/19/89 | |
| B-12 | Mrs. J.V. McAdoo, et al. v. Safeway Stores, Inc., et al. Defendant opposed 9/22/77 Dillon 4/3/78 | W.D.Tex Sessions | EP-77-CA153 | 1/4/78 | CA-3-78-42-G | 7/31/82 D | |

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION -- P. ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-1 | John T. Bean, et al. v. Safeway Stores, Inc., et al. | W.D.TX Sessions | EP-77-CA213 | 3/1/78 | CA3-78-270-G | 7/31/82 D | |
| XYZ-1 | Trigg Cattle Co., Inc., et al. v. Safeway Stores, Inc., et al. | N.D.TEX | CA-3-78-0124-G | | | 4/19/89 D | |
| XYZ-2 | Sagebrush Cattlefeeders, Inc., et al. v. Safeway Stores, Inc., et al. | N.D.TEX | CA-3-78-0125-G | | | 7/31/82 | |
| XYZ-3 | Seven Rivers Cattle Co., et al. v. Safeway Stores, Inc., et al. | N.D.TEX | CA-3-78-0126-G | | | 7/31/82 | |
| XYZ-4 | A.D. Lee, et al. v. Safeway Stores, Inc., et al. | N.D.TEX | CA-3-78-0123-G | | | 4/19/89 D | |

July 1978 - 17 TR / 6 XYZ / 15 Dis / 10 Pdg
July 1979 - " " " 13 Dis / 10 Pdg
July 1980 - Same
July 1981 - Litigation reopened pursuant of 5th Cir
17 TR / 6 XYZ / 1 Dis / 22 Pdg

XYZ-1
XYZ-2
XYZ-3
C-1
D

| XYZ-5 | Durward W. Lewter, et al. v. Safeway Stores, Inc., et al. | N.D.TX. | CA3-81-1918-G | | | 7/31/82 | |

July 1982 - 17 TR / 7 XYZ / 1 Dis / 23 Pdg
July 1983 - Same
July 1984 - 17 Dis - 6 Pdg.
July 1985 - Same
July 1986 - Same
July 1987 - 1 Dis / 5 Pdg.
July 1988 - Same
July 1989 - Lit Closed

MAR 9 1976

p. 1

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION

| Plaintiff | Defendant |
|---|---|
| BURKE PETERSEN, ET AL. (A-1) <br> CHAPARRAL CATTLE CORP. (B-1) <br> Lowell V. Summerhays, Esq. <br> 1010 University Club Building <br> Salt Lake City, Utah 84111 | SAFEWAY STORES, INC. <br> Richard W. Odgers, Esq. <br> Pillsbury, Madison & Sutro <br> P.O. Box 7880 <br> San Francisco, Ca. 94120 |
| PONY CREEK CATTLE CO., INC. (A-2) <br> Ben L. Krage, Esquire <br> Rosenberg, Kasmir & Willingham <br> 2300 Main Tower <br> 1200 Main Street <br> Dallas, Texas 75202 | THE KROGER CO. <br> Alaxander E. Bennett, Esquire <br> Arnold & Porter <br> 1229 Nineteenth St., N.W. <br> Washington, D.C. 20036 |
| MUSSELMAN RANCH COMPANY <br> Roger J. Allen, Esquire <br> Strother, Davis & Levy <br> 2001 Bryan Tower, Suite 3838 <br> Dallas, Texas 75201 | THE GREAT ATLANTIC & PACIFIC <br>   TEA COMPANY, INC. <br> Denis McInerney, Esquire <br> Cahill, Gordon & Reindel <br> 80 Pine Street <br> New York, New York 10005 |
| RICHARD S. LOWE, ET AL. (A-3) <br> Alan Raywid, Esquire <br> Cole, Zylstra & Raywid <br> 2011 Eye Street, N.W. <br> Washington, D.C. 20006 | AMERICAN STORES CO. <br> ACME MARKETS, INC. <br> Benjamin M. Quigg, Jr., Esquire <br> Morgan, Lewis & Bockius <br> 2100 The Fidelity Building <br> 123 South Broad Street <br> Philadelphia, Pa. 19109 |
| MEAT PRICE INVESTIGATORS ASSN. (A-4) <br> Cochrane & Bresnahan <br> Suite 500, Cochrane & Bresnahan Bldg. <br> 360 Wabasha <br> St. Paul, Minn. 55102 | FOOD FAIR STORES, INC. <br> David A. Rosen, Esquire <br> Stein, Rosen & Ohrenstein <br> 1370 Avenue of Americas <br> New York, New York 10019 |
| R. DIRK AGEE (A-5) <br> Jerrold N. Offstein, Esquire <br> Law Offices of Jerrold N. <br>    Offstein <br> 111 Sutter Street, Suite 1432 <br> San Francisco, CA. 94104 | THE GRAND UNION CO. <br> Stephen M. Axinn, Esquire <br> Skadden, Arps, Slate, <br>    Meagher & Flom <br> 919 Third Avenue <br> New York, New York 10022 |
| A. L. BLACK, (A-6) <br> James W. Witherspoon, Esquire <br> Witherspoon, Aikin, Langley, Woods <br>    & Gulley <br> P.O. Box 1818 <br> Hereford, Texas 79045 | LUCKY STORES, INC. <br> Arnold M. Lerman, Esquire <br> Wilmer, Cutler & Pickering <br> 1666 K Street, N.W. <br> Washington, D.C. 20006 |

| Plaintiff | Defendant |
|---|---|
| RONALD BECKER, ET AL. (B-3) <br> MEAT PRICE INVESTIGATOR ASSN, ET AL. (B-4) <br> Cochrane & Bresnahan <br><br> Lex Hawkins, Esq.  *Correspondence* <br> Glenn L. Norris, Esq.  *Returned* <br> 840 Fifth Ave. <br> Des Moines, Iowa  50309 <br><br> JOHN O. VARIAN, ET AL. B-5 <br> X Lowell V. Summerhays, Esq <br><br> ~~E. Gary Smith, Esquire~~ <br> ~~3701 Wilshire Blvd.~~ <br> ~~Los Angeles, CA.  90010~~ <br><br> ~~William D. Browning, Esq.~~ <br> ~~177 N. Church Ave.~~ <br> ~~Tucson, Arizona  85701~~ <br>                                   et al. <br> MEAT PRICE INVESTIGATORS ASSN. (B-6) <br> RONALD BECKER, ET AL. (B-7) <br> Burt Braverman, Esq. (A-3) <br> Lex Hawkins, Esq. (B-3) <br> Glenn L. Norris, Esq. (B-3) <br> John A. Cochrane (A-4) <br><br> LITTLE RANCH CO., INC., ET AL. (B-8) <br> Joseph L. Alioto, Esq. <br> Alioto & Alioto <br> 111 Sutter St. <br> San Francisco, California  94104 <br><br> DARRELL CAMERON, ET AL. (B-9) <br> Glenn L. Norris, Esq. <br> and <br> Lex Hawkins, Esq.  (See B-3 & B-4) <br><br> James W. Witherspoon, Esq. <br>  See (A-6) <br><br> WAGON ROD RANCH (B-10) <br> ~~Lloydxxx~~ <br> Lowell V. Summerhays, Esquire <br><br> E. Robert Anderson, Esq. <br> P.O. Box 275 <br> Monticello, Utah  84535 <br><br> Floyd R. Brown, Esq. <br> 1201 Dove St. <br> Suite 600 <br> Newport Beach, CA  92660 | NATIONAL ASSOCIATION OF FOOD CHAINS <br> James F. Rill, Esq. <br> Collier, Shannon, Rill, Edwards & Scott <br> 1055 Thomas Jefferson Street <br> Suite 308 <br> Washington, D.C.  20007 <br> THE NATIONAL PROVISIONER, INC. <br> Fred H. Bartlit, Jr., Esquire <br> Kirkland & Ellis <br> 200 E. Randolph Dr. <br> Chicago, Illinois  60601 <br><br> SUPERMARKETS GENERAL CORP. <br> Geoffrey M. Kalmus, Esquire <br> Nickerson, Kramer, Lowenstein, Nessen, Kamin & Soll <br> 919 Third Ave. <br> New York, New York  10022 <br><br> WINN-DIXIE STORES, INC. <br> Chester Bedell, Esquire <br> Bedell, Bedell, Dittmar & Zehmer <br> 1500 Barnett Bank Building <br> Jacksonville, Florida  32202 <br><br> FIRST NATIONAL STORES, INC. <br> John D. Leech, Esquire <br> Chalfee, Halter & Griswold <br> 1800 Central National Bnk. Bldg. <br> Cleveland, Ohio  44114 <br><br> ALBERTSON'S INC. <br> Jess B. Hawley, Jr., Esquire <br> Hawley, Troxell, Ennis & Hawley <br> P.O. Box 1617 <br> Boise, Idaho  83701 <br><br> SUPER VALU STORES, INC. <br> Michael E. Bress, Esquire <br> Dorsey, Windhorst, Hannaford, Whitney & Halladay <br> 2300 First National Bank Bldg. <br> Minneapolis, Minn.  55402 <br><br> BORMAN'S INC. <br> Sylvan Rapaport, Esq. <br> c/o Borman's Inc. <br> P.O. Box 446 <br> Detroit, Michigan  48232 |

JPML FORM 2A -- Continuation

Attorney List -- p. 3

DOCKET NO. ____ -- _____

| | |
|---|---|
| DON LUDVIGSON (B-11)<br>Same as Counsel for  (B-4)<br><br>Cochrane & Bresnahan<br>    and<br>Lex Hawkins, Esq.<br><br><br>Additional Individual<br>Defendants in B-11<br><br>Lucille S. Holman<br>Marcella R. Scott<br>Marvin S. Berenstein<br>c/o Iowa Beef Processors<br>Dakota City, Nebraska<br><br>FISHER FOODS, INC.<br>~~John E. McClatchey, Esq.~~<br>~~Charles L. Freed, Esq.~~<br>~~Thompson, Hine and Flory~~<br>~~1100 National City Bank Bldg.~~<br>~~Cleveland, OH  44114~~ *(false)* | SKAGGS COMPANIES, INC.<br>Donald B. Holbrook, Esquire<br>Jones, Waldo, Holbrook & McDonogh<br>800 Walker Bank Building<br>Salt Lake City, Utah  84111<br><br>THRIFTIMART, INC.<br>Timothy J. Sargent, Esquire<br>Bodkin, McCarthy, Sargent & Smith<br>4201 Wilshire Boulevard<br>Los Angeles, California  90005<br><br>NATIONAL TEA CO.<br>William T. Clabault, Esquire<br>Mayer, Brown & Platt<br>231 South LaSalle Street<br>Chicago, Illinois  60604<br><br>ARDEN-MAYFAIR, INC.<br>Alf R. Brandin, Esquire<br>Lillick, McHose & Charles<br>Two Embarcadero Center<br>26th Floor<br>San Francisco, Calif.  94111<br><br>CIRCLE K CORP.<br>William D. Baker, Esquire<br>Rawlins, Ellis, Burrus & Kiewit  *(see PT)*<br>2300 Valley Bank Center<br>Phoenix, Arizona  85073<br><br>ALLIED SUPERMARKETS, INC.<br>Gerald S. Cook, Esquire<br>Honigan, Miller, Schwartz & Cohn<br>2290 First National Building<br>Detroit, Michigan  48226<br><br>COLONIAL STORES, INC.<br>Kenneth A. Plevan, Esq.<br>Skadden, Arps, Slate, Meagher<br>   & Flom<br>919 Third Ave.<br>New York, New York  10022<br><br>William H. Tinsley, Esq.<br>Johnson & Cravens<br>1900 Mercantile Dallas Bldg.<br>Dallas, Texas  75201 |

```
JPML FORM 2A -- Continuation
P.4 revised 9/29/76                           Attorney List -- p. 4

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION
```

| | |
|---|---|
| SPENCER FOODS, INC.<br>Gordon S. G. Busdicker, Esquire<br>Faegre & Benson<br>1300 Northwestern Bank Building<br>Minneapolis, Minnesota  55402 | PUEBLO INTERNATIONAL, INC.<br>Weil, Gotshal & Manges<br>767 Fifth Avenue<br>New York, New York  10022 |
| FLAVORLAND INDUSTRIES, INC.<br>Jeffrey J. Scott, Esquire<br>Kutak, Rock, Cohen, Campbell<br>  Garfinkle & Woodward<br>600 Woodmen Tower<br>Omaha, Nebraska  68101 | JEWEL COMPANIES, INC.<br>Theodore A. Groenke, Esquire<br>McDermott, Will & Emery<br>111 West Monroe Street<br>Chicago, Illinois |
| IOWA BEEF PROCESSORS, INC.<br>Edward W. Rothe, Esquire<br>Freeman, Rothe, Freeman & Salzman<br>Suite 3200 - One IMB Plaza<br>Chicago, Illinois  60611 | STOP & SHOP CO., INC.<br>Samuel Hoar, Esquire<br>Goodwin, Procter & Hoar<br>28 State Street<br>Boston, Massachusetts  02109 |
| MBPXL CORP.<br><br>John C. Dods, Esquire<br>Shook, Hardy & Bacon<br>20th Fl, Mercantile<br>Bank Tower - 1101 Walnut<br>Kansas City, MO  64106 | DILLION COMPANIES, INC.<br>Kenneth L. Starr, Esq. ~~Ireland, Stapleton, Pryor & Holmes 700 Broadway Suite 2017~~ DISM. 4/3/78<br>Denver, Colorado  80290 |
| Big Bear Stores, Inc.<br>770 Goodale<br>Columbus, Ohio | PUBLIX SUPERMARKETS, INC.<br>James Hamilton, Esq.<br>Ginsburg, Feldman & Bress<br>Suite 300<br>1700 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006 |
| WALDBAUM SUPERMARKETS, INC.<br>James A. Gallagher, Jr., Esq.<br>Shea, Gould, Climenko & Casey<br>330 Madison Avenue<br>New York, New York  10017<br><br>~~DILLION COMPANIES, INC.~~ <br>~~700 East 30th Street~~<br>~~Hutchinson, Kansas~~ | GIANT FOOD INC, ESQ.<br>H. Kenneth Kudon, Esquire<br>Danzansky, Dickey, Tydings,<br>  Quint & Gordon<br>Suite 1010<br>1120 Connecticute Ave., N.W.<br>Washington, D.C.  20036<br><br>RED OWL STORES, INC.<br>H. Robert Halper, Esquire<br>O'Connor & Hannan<br>1747 Pennsylvania Ave., N.W.<br>Washington, D.C.  20006 |

JPML FORM 2A -- Continuation

Attorney List -- p. 5

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION

| | |
|---|---|
| <u>MRS. J. V. MCADOO, ET AL. (B-1a)</u><br>Lowell V. Summerhays, Esq.<br>(See A-1)<br><br>C. R. Kit Bramblett, Esq.<br>1551 Montana Ave. Bldg.<br>Suite 200<br>El Paso, Texas 79902<br><br><u>JOHN T. BEAN, ET AL. (C-1)</u><br>Lowell V. Summerhays, Esq.<br>(See A-1) | <u>SHOP RITE FOODS, INC.</u><br>Talbot Rain, Esq.<br>Rain, Harrell, Emery, Young, & Doke<br>4200 Republic Nat'l Bank Tower<br>Dallas, Texas 75201 |

JP Form 3

p. 1

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| SAFEWAY STORES, INC. | A-1 A-2 A-3 A-4 A-5 B-1 B-2 B-3 B-5 B-6 B-7 B-10 B-12 C-1 |
| THE KROGER CO. | A-1 A-2 A-3 A-4 A-5 B-1 B-2 B-3 B-5 B-6 B-7 B-12 C-1 |
| THE GREAT ATLANTIC & PACIFIC TEA CO., INC. | A-1 A-2 A-3 A-4 A-5 B-1 B-2 B-3 B-5 B-6 B-7 B-10 B-12 |
| AMERICAN STORES CO. *Acme Markets* | A-4 A-5 A-6 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-10 B-12 C-1 |
| FOOD FAIR STORES, INC. | A-4 A-6 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-10 B-12 C-1 |
| THE GRAND UNION CO. | A-4 A-5 A-6 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-10 B-12 C-1 |
| LUCKY STORES, INC. | A-4 A-5 A-6 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-10 B-12 C-1 |
| NATIONAL ASSN. OF FOOD CHAINS *Food Marketing Inst.* | A-5 A-6 B-1 B-2 B-3 B-6 B-7 B-8 B-10 B-12 C-1 |
| NATIONAL PROVISIONER, INC. | A-4 A-5 B-1 B-2 B-3 B-5 B-6 B-7 B-10 B-11 B-12 C-1 |
| SUPERMARKETS GENERAL CORP. | A-4 A-5 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-10 B-12 C-1 |

| | |
|---|---|
| WINN-DIXIE STORES, INC. | A-4 A-5 A-6 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-10 B-12 C-1 |
| FIRST NATIONAL STORES, INC. | A-6 B-1 B-5 (B-8) B-12 C-1 |
| ~~ALBERTSON'S INC.~~ | A-5 B-1 B-2 B-5 B-10 B-12 C-1 |
| SUPER VALU STORES, INC. | A-6 B-1 |
| P. BORMAN, INC. | ~~(illegible, circled out)~~ |
| COLONIAL STORES, INC. | ~~(illegible)~~ B-8 ~~(illegible)~~ |
| JEWELL COMPANIES, INC. | A-4 A-6 B-1 B-2 B-3 B-5 B-6 B-7 B-8 B-10 B-12 C-1 |
| ~~SKAGGS COMPANIES, INC.~~ Skaggs-Albertsons, a Partnership | A-5 B-1 B-2 B-10 B-12 C-1 |
| THRIFTMART, INC. | A-5 B-1 B-2 B-5 B-10 B-12 C-1 |
| PUEBLO INTERNATIONAL, INC. | ~~A-4 B-1 B-5~~ (circled out) |
| NATIONAL TEA CO. | A-6 B-1 B-5 (B-8) B-12 C-1 |

JP Form 3

p. 3

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 248 -- IN RE BEEF INDUSTRY ANTITRUST LITIGATION
dc

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| STOP & SHOP COMPANIES, INC. | A-5 A-7 B-5 B-8 |
| ARDEN-MAYFAIR, INC. | A-5 B-2 B-5 B-8 B-10 B-12 C-1 |
| ALLIED SUPERMARKETS INC. | A-6 B-1 B-5 B-8 B-10 B-12 C-1 |
| PENN FRUIT CO. | A-6 B-1 |
| CIRCLE K. CORP. | A-5 B-1 B-2 B-5 B-10 B-12 C-1 |
| SPENCER FOODS, INC. | B-4 B-9 B-11 Dosm |
| FLAVORLAND IND., INC. | B-4 B-9 B-11 |
| IOWA BEEF PROCESSORS, INC. | B-4 B-9 B-11 |
| MBPXL CORP. | B-4 B-9 B-11 |
| Von's Grocery Co | B-5 |

p. \_\_\_\_\_

| Name | Code |
|---|---|
| Big Bear Stores, Inc. | B-8 |
| Lucille S. Holman | B-11 |
| Marcella R. Scott | B-11 |
| Marcia S. Bernstein | B-11 |
| Fisher Foods, Inc. | B-12  B-10  D-15/10 |
| Dillion Companies, Inc.  *DISM.* | B-12  B-10  C-1  4/3/78 |
| Waldbaum Supermarkets, Inc. | B-12  B-10  C-1 |
| Publix Supermarkets, Inc. | B-12  Dism  D-15/10 |
| Shop Rite Foods, Inc. | B-12  Dism |
| Super Giant | B-10 |
| Red Owl | B-10 |
|  |  |